```
1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-1439 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Antonio A. Chaffino, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Antonio A. Chaffino, in the principal amount of $2,522.34 plus interest accrued to February 16, 2012, in the sum of $3,584.13; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$6,106.47**.

DATED:  3/15/2012                    By: __TERRI NAFISI__
                                           Clerk of the Court
                                         L. RAYFORD
                                         _____
                                           Deputy Clerk
                                      United States District Court

Page 5