JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Antonio A. Chaffino,<br><br>　　　　　　Defendant | No. CV 12-1439<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Antonio A. Chaffino, in the principal amount of $2,522.34 plus interest accrued to February 16, 2012, in the sum of $3,584.13; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,106.47**.

DATED: 3/15/2012　　　　　　By: TERRI NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　United States District Court